```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00987-RNO
Dwayne Lee Carr                                                     Chapter 13
Niurca Zenaida Carr
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling             Page 1 of 2            Date Rcvd: May 09, 2017
                              Form ID: ntcnfhrg           Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
db/jdb         +Dwayne Lee Carr,    Niurca Zenaida Carr,    203 Sunset Drive,    New Cumberland, PA 17070-3062
4895391        +BBY/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4895392        +BOULDER LEGAL GROUP,    LAW OFFICES OF CAMRON HOORFAR,     202 SW MARKET STREET,
                 LEES SUMMIT, MO 64063-2314
4895393         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4895394         CB/CHILDRENSPLACE,    BK NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895395         CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895396        +CENTRAL LOAN,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
4895398        +CHASE AMAZON,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
4895399        +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4895402        +FNB OMAHA,    1620 DODGE STREET,    OMAHA, NE 68197-0003
4895403        +GLOBAL CLIENT SOLUTIONS,    4500 SOUTH 129TH EAST AVE,     SUITE 177,    TULSA, OK 74134-5870
4895407        +LOAD & LOCK SELF STORAGE,    1587 S MAIN STREET,    CHAMBERSBURG, PA 17201-9201
4895408         ONEMAIN FINANCIAL ATTN: BK NOTICES,     PO BOX 6042,    SIOUX FALLS, SD 57117-6042
4895409        +ORCHARD HILLS MGMT LLC,    2 APPLE ALLEY,    CARLISLE, PA 17015-7844
4895410        +PAYPAL CREDIT,    BANKRUPTCY NOTICES,    PO BOX 5138,    TIMONIUM, MD 21094-5138
4895616        +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4895411        +SUNOCO/CITI,    CREDIT CARD CENTER,    PO BOX 6407,    SIOUX FALLS, SD 57117-6407
4895421        +TARGET/TD,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4895422        +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4895423        +UNEMP COMP OVERPAYMENT MATTERS,     DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4895424        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,     651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4895425        +VA MORTGAGE GUARANTEE,    DEPT VETS AFFAIRS, REGIONAL LOAN CENTER,     1240 EAST NINTH STREET,
                 CLEVELAND, OH 44199-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4895390        +E-mail/Text: ally@ebn.phinsolutions.com May 09 2017 18:58:12      ALLY,    PO BOX 130424,
                 ROSEVILLE, MN 55113-0004
4897655         E-mail/Text: ally@ebn.phinsolutions.com May 09 2017 18:58:12      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
4895397        +E-mail/Text: dehartstaff@pamd13trustee.com May 09 2017 18:59:15       CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4895400         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:59:01      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4895401        +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2017 19:02:37       CREDITONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
4895404        +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 09 2017 18:59:21
                 HYUNDAI MOTOR FINANCE CO,    BANKRUPTCY DEPARTMENT,    PO BOX 20809,
                 FOUNTAIN VALLEY, CA 92728-0809
4895405         E-mail/Text: cio.bncmail@irs.gov May 09 2017 18:58:52      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4895406        +E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2017 18:58:48      KOHLS/CAPONE,
                 COLLECTION DEPARTMENT,    PO BOX 3084,    MILWAUKEE, WI 53201-3084
4895412        +E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11      SYNCB/DSGI,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4895413         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:36      SYNCB/HDNAHF,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
4895414         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:26      SYNCB/HHGREG,    PO BOX 965061,
                 ORLANDO, FL 32896-5061
4895415         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11      SYNCB/JCP,    BK NOTICES,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
4895416        +E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11      SYNCB/LOWES,    PO BOX 965004,
                 ORLANDO, FL 32896-5004
4895417        +E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4895418         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11      SYNCB/ONDC,    ATTN: BK NOTICES,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
4895419        +E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11      SYNCB/SAM'S,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4895420        +E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:12      SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
4911866        +E-mail/Text: bncmail@w-legal.com May 09 2017 18:59:08      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0314-1           User: JGoodling           Page 2 of 2             Date Rcvd: May 09, 2017
                               Form ID: ntcnfhrg         Total Noticed: 40
cr*          +Ally Financial Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
    Dorothy L Mott    on behalf of Joint Debtor Niurca Zenaida Carr DorieMott@aol.com,
     KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
    Dorothy L Mott    on behalf of Debtor Dwayne Lee Carr DorieMott@aol.com,
     KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
    James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
    Kara Katherine Gendron    on behalf of Debtor Dwayne Lee Carr karagendronecf@gmail.com,
     doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
    Kara Katherine Gendron    on behalf of Joint Debtor Niurca Zenaida Carr karagendronecf@gmail.com,
     doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
    Regina Cohen    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
     ksweeney@lavin-law.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 8

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dwayne Lee Carr  
Niurca Zenaida Carr  
fka Niurca Zenaida Wehler

Chapter 13

Case No. 1:17−bk−00987−RNO

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 28, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: JGoodling |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2017 |