```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-00987-HWV
Dwayne Lee Carr                                                         Chapter 13
Niurca Zenaida Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: CGambini             Page 1 of 1              Date Rcvd: Feb 05, 2019
                                Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
4950422        +Pingora Loan Servicing, LLC,    C/O Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott     on behalf of Debtor 1 Dwayne Lee Carr DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott     on behalf of Debtor 2 Niurca Zenaida Carr DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kara Katherine Gendron     on behalf of Debtor 1 Dwayne Lee Carr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron     on behalf of Debtor 2 Niurca Zenaida Carr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Regina Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00987-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Dwayne Lee Carr
203 Sunset Drive
New Cumberland PA 17070

Niurca Zenaida Carr
203 Sunset Drive
New Cumberland PA 17070

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/04/2019.

Name and Address of Alleged Transferor(s):

Claim No. 22: Pingora Loan Servicing, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

Pingora Loan Servicing, LLC
c/o Flagstar Bank, FSB
P. O. Box 660263
Dallas, TX 75299
Pingora Loan Servicing, LLC
c/o Flagstar Bank, FSB

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/07/19

Terrence S. Miller
**CLERK OF THE COURT**