UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **DWAYNE LEE CARR** | : | |
| **NIURCA ZENAIDA CARR** | : | CASE NO. 1:17-bk-00987 |
| fka Niurca Zenaida Wehler | : | |
|   Debtors | : | |
| | : | |

## MOTION FOR AMENDED ORDER TO PAY TRUSTEE

    Come now, Dwayne Lee Carr and Niurca Zenaida Carr by and through Mott & Gendron Law and request an Order to pay Trustee, respectfully representing in support thereof:

    1. The Debtors filed a Chapter 13 petition on March 13, 2017 at the above-captioned docket number.

    2. The Debtors receive regular income from employment which may be attached under 11 U.S.C. Section 1326 to fund the Chapter 13 Plan.

    3. The likelihood of success in this case will be much greater if the income is attached to fund the Plan.

    4. The Debtors consent to the wage attachment.

    5. The Debtors' plan requires higher monthly payments.

    Wherefore, the Debtors respectfully request that this Court enter an Amended Order to pay Trustee in the form attached.

                                                   Respectfully submitted,

                                                   /s/ Dorothy L. Mott

                                                   _____
                                                 Dorothy L. Mott, Esquire - Atty ID # 43568
                                                 Mott & Gendron Law
                                                 125 State Street
                                                 Harrisburg PA 17101
                                                 (717) 232-6650 Tel
                                                 (717) 232-0477 Fax
                                                 doriemott@aol.com

/s/    Dwayne Lee Carr

/s/    Niurca Zenaida Carr

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DWAYNE LEE CARR | : | |
| NIURCA ZENAIDA CARR | : | CASE NO. 1:17-bk-00987 |
| fka Niurca Zenaida Wehler | : | |
| Debtors | : | |
| | : | |

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Dwayne Lee Carr receives income:

DFAS-DGG-CL
ATTN: PAYROLL DEPARTMENT
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH 44199-8002

deduct from said income the sum of $350.00 from each two-week pay check, or $175.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| DWAYNE LEE CARR | : | |
| NIURCA ZENAIDA CARR | : | CASE NO. 1:17-bk-00987 |
| fka Niurca Zenaida Wehler | : | |
|   Debtor(s) | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on <u>March 20, 2020</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| CHARLES J DEHART, III<br><br>dehartstaff@pamd13trustee.com | Electronically |
| ANNE K FIORENZA ASSISTANT US TRUSTEE<br><br>anne.fiorenza@usdoj.gov | Electronically |
| DFAS-DGG-CL<br>ATTN: PAYROLL DEPARTMENT<br>GARNISHMENT OPERATIONS<br>PO BOX 998002<br>CLEVELAND, OH 44199-8002 | First Class Mail, Postage Prepaid |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott, Esquire - Atty ID # 43568
    Mott & Gendron Law
    125 State Street
    Harrisburg PA 17101
    (717) 232-6650 Tel
    (717) 232-0477 Fax
    doriemott@aol.com