In re:                                                    Case No. 17-00987-HWV
Dwayne Lee Carr                                           Chapter 13
Niurca Zenaida Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1              Date Rcvd: Mar 23, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
                DFAS-DGG-CL,   ATTN PAYROLL DEPARTMENT,   GARNISHMENT OPERATIONS,   PO BOX 998002,
                CLEVELAND, OH 44199-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor 1 Dwayne Lee Carr DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Dorothy L Mott    on behalf of Debtor 2 Niurca Zenaida Carr DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James  Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor 1 Dwayne Lee Carr karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Kara Katherine Gendron    on behalf of Debtor 2 Niurca Zenaida Carr karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Regina  Cohen    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **DWAYNE LEE CARR** | : | |
| **NIURCA ZENAIDA CARR** | : | **CASE NO. 1:17-bk-00987** |
| **fka Niurca Zenaida Wehler** | : | |
| **Debtors** | : | |
| | : | |

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Dwayne Lee Carr receives income:

DFAS-DGG-CL
ATTN: PAYROLL DEPARTMENT
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH 44199-8002

deduct from said income the sum of $350.00 from each two-week pay check, or $175.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: March 23, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)