LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DWAYNE LEE CARR | : | |
| | : | CASE NO. 1:17-bk-00987 |
| NIURCA ZENAIDA CARR | : | |
| fka Niurca Zenaida Wehler | : | ADVERSARY NO. |
| Debtor(s) | : | |
| | : | Nature of Proceeding Motion for relief |
| **Flagstar Bank FSB servicing agent for** | : | |
| **Pingora Loan** | : | |
| **Servicing, LLC** | : | Document #: |
| Plaintiff(s)/Movant(s) | : | |
| | : | |
| **DWAYNE LEE CARR** | : | |
| | : | |
| **NIURCA ZENAIDA CARR** | : | |
| fka Niurca Zenaida Wehler, | | |
| Defendant(s)/Respondent(s) | : | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance. Parties need additional time to attempt to resolve the matter

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 14, 2020                             /s/ Kara K. Gendron
                                                                                  Kara K. Gendron, Esquire
                                                                                  Attorney ID 87577
                                                                                  Mott & Gendron Law
                                                                                  125 State Street
                                                                                  Harrisburg, PA 17101
                                                                                  (717) 232–6650 TEL

(717) 232-0477 FAX
karagendronecf@gmail.com

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **CHAPTER: 13** |
| **DWAYNE LEE CARR** | : | |
| **NIURCA ZENAIDA CARR** | : | |
| | : | **CASE NUMBER:1:17-bk-00987** |
| **Debtor(s)** | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 14, 2020 I served a copy of the Request to Continue on the following parties:

| Name and Address | Mode of Service |
|---|---|
| HYUNDAI MOTOR FINANCE CO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | First Class Mail, Postage Prepaid |
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| DWAYNE LEE CARR<br>NIURCA ZENAIDA CARR<br>203 SUNSET DRIVE<br>NEW CUMBERLAND, PA 17070 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 04/14/2020

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendronecf@gmail.com