## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dwayne Lee Carr<br>Niurca Zenaida Carr | CHAPTER 13 |
| Debtor(s) | |
| Pingora Loan Servicing, LLC, its successors and/or assigns | |
| Movant | |
| vs. | NO. 17-00987 HWV |
| Dwayne Lee Carr<br>Niurca Zenaida Carr | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Pingora Loan Servicing, LLC, which was filed with the Court on or about March 16, 2020 under document number 39.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

May 4, 2020