# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dwayne Lee Carr<br>　　　　Niurca Zenaida Carr<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Pingora Loan Servicing, LLC<br>　　　　　　　　　Moving Party<br>　　vs. | NO. 17-00987 HWV |
| Dwayne Lee Carr<br>Niurca Zenaida Carr<br>　　　　　　　　　Debtor(s) | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF CONCURRENCE

Debtors' counsel has concurred with the withdrawal of the motion for relief from the automatic stay filed March 16, 2020 at doc. 39.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorneys for Movant/Applicant