Certificate Number: 13858-PAM-DE-035235822

Bankruptcy Case Number: 17-00987


13858-PAM-DE-035235822

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>January 5, 2021</u>, at <u>9:19</u> o'clock <u>AM EST</u>, <u>Dwayne Carr</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>January 5, 2021</u>              By:    <u>/s/Sheila Anderson</u>

                                                                                       Name:  <u>Sheila Anderson</u>

                                                                                       Title:    <u>Counselor</u>

Certificate Number: 13858-PAM-DE-035235823

Bankruptcy Case Number: 17-00987


13858-PAM-DE-035235823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 5, 2021</u>, at <u>9:19</u> o'clock <u>AM EST</u>, <u>Niurca Carr</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 5, 2021</u>     By: <u>/s/Sheila Anderson</u>

Name: <u>Sheila Anderson</u>

Title: <u>Counselor</u>