United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                 Case No. 17-00987-HWV
Dwayne Lee Carr                               Chapter 13
Niurca Zenaida Carr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                  Page 1 of 2
Date Rcvd: Jan 27, 2021                       Form ID: trc                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5158680 | + | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, P. O. Box 660263, Dallas, TX 75299, Pingora Loan Servicing, LLC c/o Flagstar Bank, FSB 75266-0263 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021                                  Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Dwayne Lee Carr DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Niurca Zenaida Carr DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Dwayne Lee Carr karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| | on behalf of Debtor 2 Niurca Zenaida Carr karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00987-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Dwayne Lee Carr<br>203 Sunset Drive<br>New Cumberland PA 17070 | Niurca Zenaida Carr<br>203 Sunset Drive<br>New Cumberland PA 17070 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 22: Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, P. O. Box 660263, Dallas, TX 75299, Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037<br>Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/29/21

Terrence S. Miller
**CLERK OF THE COURT**