# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>DWAYNE CARR and NIURCA Z. CARR<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>DWAYNE CARR and NIURCA Z. CARR,<br>    Debtor | Case No. 1:17-bk-00987-HWV<br>Chapter 13 |

## NOTICE OF MORTGAGE FORBEARANCE DUE TO THE COVID-19 PANDEMIC

    NOW COMES Creditor, Freedom Mortgage Corporation ("CREDITOR"), by and through undersigned counsel, and hereby submits Notice to the Court of the forbearance offer with respect to Creditor's residential mortgage claim which is identified on the Court's claim register as Claim No. 22 (the "Claim").

    The Claim is eligible for a forbearance period based upon the Debtor(s) material financial hardship caused by the COVID-19 pandemic. As a result, the Debtor(s) shall not be required to tender mortgage payments to Creditor that would come due on the Claim starting 04/01/2020 through 06/30/2021.

    Creditor, at this time, does not waive any rights to collect the payments that come due during this forbearance period.

    Debtor(s) will resume Mortgage payments beginning 07/01/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears").

    Prior to the expiration of the forbearance period, Debtor(s) must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter inter loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

21-02750 BKOBJ01

Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Respectfully Submitted,

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

21-02750 BKOBJ01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>DWAYNE CARR and NIURCA Z. CARR<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>DWAYNE CARR and NIURCA Z. CARR,<br>    Debtor | Case No. 1:17-bk-00987-HWV<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Forbearance Due To The Covid-19 Pandemic has been electronically served or mailed, postage prepaid on April 22, 2021 to the following:

DWAYNE CARR
203 SUNSET DR
NEW CUMBERLAND, PA 17070-3062

NIURCA Z. CARR
203 SUNSET DR
NEW CUMBERLAND, PA 17070-3062

Mott & Gendron Law
125 STATE ST
HARRISBURG, PA 17101

Charles DeHart, III, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

21-02750 BKOBJ01

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                         */s/ Mario Hanyon*
                         Mario Hanyon
                         (Bar No. 203993)
                         Attorney for Creditor
                         BROCK & SCOTT, PLLC
                         302 Fellowship Road, Ste 130
                         Mount Laurel, NJ 08054
                         Telephone: 844-856-6646 x4560
                         Facsimile: 704-369-0760
                         E-Mail: pabkr@brockandscott.com

                         21-02750 BKOBJ01