# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DWAYNE LEE CARR | : | |
| NIURCA ZENAIDA CARR | : | CASE NO. 1:17-bk-00987 |
| FKA NIURCA ZENAIDA WEHLER | : | |
|   Debtors | : | |
| | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Come now the Debtors, Dwayne Lee Carr and Niurca Zenaida Carr, by and through Dorothy L. Mott, Esquire and move this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtors filed a Chapter 13 Petition on March 13, 2017.
2. The Debtors have completed payments under their plan.
3. The Debtors wish to terminate the wage attachment.

Wherefore, the Debtors respectfully request that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

    Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire,
Attorney ID 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DWAYNE LEE CARR | : | |
| NIURCA ZENAIDA CARR | : | CASE NO. 1:17-bk-00987 |
| FKA NIURCA ZENAIDA WEHLER | : | |
|   Debtors | : | |
| | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtors in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.