# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| DWAYNE LEE CARR | Case No.: 1-17-00987-HWV |
| NIURCA ZENAIDA CARR | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:     MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | FREEDOM MORTGAGE CORPORATION |
| Court Claim Number: | 22 |
| Last Four of Loan Number: | 5415/PRE ARREARS/203 SUNSET DR |
| Property Address if applicable: | 203 SUNSET DRIVE, , NEW CUMBERLAND, PA17070 |

**PART 2:     CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,779.75 |
| b. | Prepetition arrearages paid by the Trustee: | $4,779.75 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $4,779.75 |

**PART 3:     POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:     A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 23, 2021 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name:  FREEDOM MORTGAGE CORPORATION
Court Claim Number:  22

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1222456 | 10/15/2020 | $639.25 | $0.00 | $639.25 |
| 5200 | 1223312 | 11/03/2020 | $637.00 | $0.00 | $637.00 |
| 5200 | 1224205 | 12/10/2020 | $637.00 | $0.00 | $637.00 |
| 5200 | 1225992 | 01/19/2021 | $637.00 | $0.00 | $637.00 |
| 5200 | 1227029 | 02/17/2021 | $955.50 | $0.00 | $955.50 |
| 5200 | 1228037 | 03/17/2021 | $637.00 | $0.00 | $637.00 |
| 5200 | 1229060 | 04/15/2021 | $637.00 | $0.00 | $637.00 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DWAYNE LEE CARR   Case No.: 1-17-00987-HWV
NIURCA ZENAIDA CARR   Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| KARA K GENDRON<br>MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| FREEDOM MTG CO<br>10500 KINCAID DRIVE<br>FISHERS, IN, 46037-9764 | SERVED BY 1ST CLASS MAIL |
| DWAYNE LEE CARR<br>NIURCA ZENAIDA CARR<br>203 SUNSET DRIVE<br>NEW CUMBERLAND, PA 17070 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com