United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 17-00987-HWV

Dwayne Lee Carr                                                           Chapter 13

Niurca Zenaida Carr

     Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwayne Lee Carr, Niurca Zenaida Carr, 203 Sunset Drive, New Cumberland, PA 17070-3062 |
| 4895391 | + | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4895392 | + | BOULDER LEGAL GROUP, LAW OFFICES OF CAMRON HOORFAR, 202 SW MARKET STREET, LEES SUMMIT, MO 64063-2314 |
| 4895394 | | CB/CHILDRENSPLACE, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4895395 | | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4895396 | + | CENTRAL LOAN, 425 PHILLIPS BLVD, EWING, NJ 08618-1430 |
| 4895402 | + | FNB OMAHA, 1620 DODGE STREET, OMAHA, NE 68197-0003 |
| 5400189 | | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5387452 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5387453 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 4895403 | + | GLOBAL CLIENT SOLUTIONS, 4500 SOUTH 129TH EAST AVE, SUITE 177, TULSA, OK 74134-5801 |
| 4947273 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 4895407 | + | LOAD & LOCK SELF STORAGE, 1587 S MAIN STREET, CHAMBERSBURG, PA 17201-9201 |
| 5400188 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 4895409 | | ORCHARD HILLS MGMT LLC, 2 APPLE ALLEY, CARLISLE, PA 17015 |
| 4950422 | + | Pingora Loan Servicing, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5158679 | + | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, P. O. Box 660263, Dallas, TX 75266-0263 |
| 5158680 | + | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, P. O. Box 660263, Dallas, TX 75299, Pingora Loan Servicing, LLC c/o Flagstar Bank, FSB 75266-0263 |
| 4895425 | + | VA MORTGAGE GUARANTEE, DEPT VETS AFFAIRS, REGIONAL LOAN CENTER, 1240 EAST NINTH STREET, CLEVELAND, OH 44199-9904 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 01 2021 22:53:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4895390 | + | EDI: GMACFS.COM | Oct 01 2021 22:53:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 4897655 | | EDI: GMACFS.COM | Oct 01 2021 22:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4895393 | | EDI: CAPITALONE.COM | Oct 01 2021 22:53:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4895399 | + | EDI: CITICORP.COM | Oct 01 2021 22:53:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4932265 | + | EDI: WFNNB.COM | Oct 01 2021 22:53:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4895400 | | EDI: PENNDEPTREV | Oct 01 2021 22:53:00 | COMM OF PA DEPT OF REVENUE, BUREAU |

| | | | |
|---|---|---|---|
| | | | OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4895400 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Oct 01 2021 18:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4895401 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Oct 01 2021 18:49:21 | CREDITONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 4941499 | | EDI: BL-BECKET.COM | |
| | | Oct 01 2021 22:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4948479 | + | Email/Text: bankruptcy@cavps.com | |
| | | Oct 01 2021 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4895423 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | |
| | | Oct 01 2021 18:44:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4895404 | + | EDI: HY11.COM | |
| | | Oct 01 2021 22:53:00 | HYUNDAI MOTOR FINANCE CO, BANKRUPTCY DEPARTMENT, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 4947274 | + | EDI: HY11.COM | |
| | | Oct 01 2021 22:53:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 4895405 | | EDI: IRS.COM | |
| | | Oct 01 2021 22:53:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4895397 | | Email/Text: info@pamd13trustee.com | |
| | | Oct 01 2021 18:44:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4895398 | | EDI: JPMORGANCHASE | |
| | | Oct 01 2021 22:53:00 | CHASE AMAZON, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 4895406 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Oct 01 2021 18:44:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 4922717 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 01 2021 18:49:21 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4939420 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 01 2021 18:49:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4935816 | + | EDI: MID8.COM | |
| | | Oct 01 2021 22:53:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4895408 | | EDI: AGFINANCE.COM | |
| | | Oct 01 2021 22:53:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 6042, SIOUX FALLS, SD 57117-6042 |
| 4938838 | | EDI: AGFINANCE.COM | |
| | | Oct 01 2021 22:53:00 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4895410 | + | EDI: RMSC.COM | |
| | | Oct 01 2021 22:53:00 | PAYPAL CREDIT, BANKRUPTCY NOTICES, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 4999474 | | EDI: PRA.COM | |
| | | Oct 01 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4999475 | | EDI: PRA.COM | |
| | | Oct 01 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4949342 | | EDI: PRA.COM | |
| | | Oct 01 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4895616 | + | EDI: RECOVERYCORP.COM | |
| | | Oct 01 2021 22:53:00 | PRA Receivables Management, LLC, PO Box |

| Recip ID | | Address/EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 4934284 | | EDI: Q3G.COM | Oct 01 2021 22:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4895411 | + | EDI: CITICORP.COM | Oct 01 2021 22:53:00 | SUNOCO/CITI, CREDIT CARD CENTER, PO BOX 6407, SIOUX FALLS, SD 57117-6407 |
| 4895412 | + | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/DSGI, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4895413 | | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/HDNAHF, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4895414 | | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/HHGREG, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4895415 | | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/JCP, BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 4895416 | + | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 4895417 | + | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4895418 | | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/ONDC, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 4895419 | + | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/SAM'S, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4895420 | + | EDI: RMSC.COM | Oct 01 2021 22:53:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5109948 | + | Email/Text: bncmail@w-legal.com | Oct 01 2021 18:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5109947 | + | Email/Text: bncmail@w-legal.com | Oct 01 2021 18:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4895421 | + | EDI: WTRRNBANK.COM | Oct 01 2021 22:53:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 4911866 | + | Email/Text: bncmail@w-legal.com | Oct 01 2021 18:44:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4895422 | + | EDI: CITICORP.COM | Oct 01 2021 22:53:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4895424 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 01 2021 18:44:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Dwayne Lee Carr DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Niurca Zenaida Carr DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Dwayne Lee Carr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Niurca Zenaida Carr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne Lee Carr** | Social Security number or ITIN | xxx–xx–1518 |
| | First Name    Middle Name    Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | **Niurca Zenaida Carr** | Social Security number or ITIN | xxx–xx–5155 |
| | First Name    Middle Name    Last Name | EIN | __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:17–bk–00987–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dwayne Lee Carr

Niurca Zenaida Carr
fka Niurca Zenaida Wehler

**By the court:**

10/1/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W
**Chapter 13 Discharge**
page 2