**Fill in this information to identify the case:**

Debtor 1    DWAYNE LEE CARR

Debtor 2    NIURCA ZENAIDA CARR F/K/A NIURCA ZENAIDA WEHLER
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 1:17-bk-00987-HWV

## Form 4100R

# Response to Notice of Final Cure Payment                    12/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of Creditor:**    Freedom Mortgage Corporation                    **Court claim no.** (if known):
                                                                          22

**Last 4 digits** of any number you use to identify the debtor's account: 5415

**Property address:**    203 Sunset Drive
                         Number  Street
                         New Cumberland, PA 17070
                         City        State      ZIP Code

### Part 2:    Prepetition Default Payments

*Check one:*
☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
  on the creditor's claim.
☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
  on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
  of this response is:                                                                            $ _____

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
  the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on: _____
                                                              MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
  of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.   Total postpetition ongoing payments due:                                    (a) $ 8,670.80

  b.   Total fees, charges, expenses, escrow, and costs outstanding:              +(b) $ 0.00

  c.   **Total**. Add lines a and b.                                               (c) $ 8,670.80

     Creditor asserts that the debtor(s) are contractually
     obligated for the postpetition payment(s) that first became        03/01/2021
     due on:                                                            MM/DD/YYYY

Case 1:17-bk-00987-HWV    Doc 66    Filed 10/14/21    Entered 10/14/21 16:32:26    Desc
Main Document    Page 1 of 7

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __/s/Mario Hanyon_____     Date 10/14/2021
      Signature

Print      __Mario Hanyon_____     Title __Attorney_____
        First Name      Middle Name      Last Name

Company   __Brock & Scott, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __302 Fellowship Road, Ste 130_____
          Number       Street

           __Mount Laurel, NJ 08054_____
           City             State     ZIP Code

Contact phone __844-856-6646 x4560__     Email __pabkr@brockandscott.com__

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

| | |
|---|---|
| IN RE: | |
| DWAYNE LEE CARR and NIURCA ZENAIDA CARR F/K/A NIURCA ZENAIDA WEHLER | Case No. 1:17-bk-00987-HWV |
| | Chapter 13 |
| Freedom Mortgage Corporation, | |
|      Movant | |
| vs. | |
| DWAYNE LEE CARR and NIURCA ZENAIDA CARR F/K/A NIURCA ZENAIDA WEHLER, | |
|      Debtors | |
| and | |
| Jack N. Zaharopoulos, Trustee | |
|      Respondent | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on <u>October 14, 2021</u> to the following:

Service by First-Class mail:
DWAYNE LEE CARR
203 SUNSET DR
NEW CUMBERLAND, PA 17070

NIURCA ZENAIDA CARR F/K/A NIURCA ZENAIDA WEHLER
203 SUNSET DR
NEW CUMBERLAND, PA 17070

Service by Electronic means:
Kara Katherine Gendron, Debtors' Attorney
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L Mott, Debtors' Attorney
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

| Loan #: | |
|---|---|
| BK Case #: | 1700987 |
| Name: | Carr |
| BK Filed | 3/13/2017 |
| | |

| Date Received | Contractual Due Date | Post Petition Due Date | Pre | Payment Amount | Amount Due | Difference | Post Suspense | Fees |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $   - | $   - | |
| | | | | | | $   - | $   - | |
| 4/4/2017 | | | | $ 1,057.00 | | $ 1,057.00 | $ 1,057.00 | |
| 5/12/2017 | 9/1/2016 | | | $ 1,063.00 | $ 1,062.43 | $ 0.57 | $ 1,057.57 | |
| 6/30/2017 | 10/1/2016 | | | $ 1,070.00 | $ 1,062.43 | $ 7.57 | $ 1,065.14 | |
| 7/3/2017 | 11/1/2016 | | | | $ 1,062.43 | $ (1,062.43) | $ 2.71 | |
| 8/7/2017 | NSF | Bounced | | $ 1,070.00 | $ 1,070.00 | $   - | $ 2.71 | |
| Loan modification with prior servicer | | | | | $ 2.71 | $ (2.71) | $ (0.00) | |
| 10/27/2017 | 10/1/2017 | | | $ 1,172.00 | $ 1,125.98 | $ 46.02 | $ 46.02 | |
| 11/20/2017 | 11/1/2017 | | | $ 1,125.98 | $ 1,125.98 | $   - | $ 46.02 | |
| 12/28/2017 | 12/1/2017 | | | $ 1,125.98 | $ 1,125.98 | $   - | $ 46.02 | |
| 1/26/2018 | 1/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 2/22/2018 | 2/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 3/23/2018 | 3/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 4/19/2018 | 4/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 5/30/2018 | 5/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 6/28/2018 | 6/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 7/25/2018 | 7/1/2018 | | | $ 1,132.98 | $ 1,132.98 | $   - | $ 46.02 | |
| 9/5/2018 | 8/1/2018 | | | $ 1,133.00 | $ 1,132.98 | $ 0.02 | $ 46.04 | |
| 10/3/2018 | 9/1/2018 | | | $ 1,133.00 | $ 1,132.98 | $ 0.02 | $ 46.06 | |
| 11/1/2018 | 10/1/2018 | | | $ 1,133.00 | $ 1,132.98 | $ 0.02 | $ 46.08 | |
| 12/17/2018 | 11/1/2018 | | | $ 1,133.00 | $ 1,132.98 | $ 0.02 | $ 46.10 | |
| 1/25/2019 | 12/1/2018 | | | $ 1,133.00 | $ 1,132.98 | $ 0.02 | $ 46.12 | |
| 3/1/2019 | 1/1/2019 | | | $ 1,133.00 | $ 1,132.98 | $ 0.02 | $ 46.14 | |
| 3/8/2019 | | | | $ 1,133.00 | | $ 1,133.00 | $ 1,179.14 | |
| 3/11/2019 | 2/1/2019 | | | | $ 1,132.98 | $ (1,132.98) | $ 46.16 | |
| 3/25/2019 | 3/1/2019 | | | $ 1,145.00 | $ 1,132.98 | $ 12.02 | $ 58.18 | |
| 5/3/2019 | 4/1/2019 | | | $ 1,145.00 | $ 1,132.98 | $ 12.02 | $ 70.20 | |
| 5/16/2019 | 5/1/2019 | | | $ 1,145.00 | $ 1,132.98 | $ 12.02 | $ 82.22 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/10/2019 | 6/1/2019 | | | $ | 1,145.00 | $ | 1,132.98 | $ | 12.02 | $ | 94.24 | |
| 7/24/2019 | 7/1/2019 | | | $ | 1,145.00 | $ | 1,132.98 | $ | 12.02 | $ | 106.26 | |
| 9/6/2019 | 8/1/2019 | | | $ | 1,145.00 | $ | 1,132.98 | $ | 12.02 | $ | 118.28 | |
| 10/4/2019 | 9/1/2019 | | | $ | 1,145.00 | $ | 1,132.98 | $ | 12.02 | $ | 130.30 | |
| 11/14/2019 | 10/1/2019 | | | $ | 1,145.00 | $ | 1,132.98 | $ | 12.02 | $ | 142.32 | |
| 12/13/2019 | 11/1/2019 | | | $ | 1,145.00 | $ | 1,132.98 | $ | 12.02 | $ | 154.34 | |
| 2/7/2020 | 12/1/2019 | | | $ | 1,145.00 | $ | 1,140.96 | $ | 4.04 | $ | 158.38 | |
| 3/2/2020 | 1/1/2020 | | | $ | 1,145.00 | $ | 1,140.96 | $ | 4.04 | $ | 162.42 | |
| 3/19/2020 | 2/1/2020 | | | $ | 1,150.00 | $ | 1,140.96 | $ | 9.04 | $ | 171.46 | |
| 4/6/2020 | 3/1/2020 | | | $ | 1,145.00 | $ | 1,140.96 | $ | 4.04 | $ | 175.50 | |
| 4/16/2020 | 4/1/2020 | | | $ | 1,140.96 | $ | 1,140.96 | $ | - | $ | 175.50 | |
| 5/29/2020 | | | | $ | 570.00 | | | $ | 570.00 | $ | 745.50 | |
| 6/17/2020 | 5/1/2020 | | | $ | 570.00 | $ | 1,140.96 | $ | (570.96) | $ | 174.54 | |
| 6/30/2020 | | | | $ | 570.00 | | | $ | 570.00 | $ | 744.54 | |
| 7/29/2020 | 6/1/2020 | | | $ | 600.00 | $ | 1,140.96 | $ | (540.96) | $ | 203.58 | |
| 8/25/2020 | | | | $ | 570.00 | | | $ | 570.00 | $ | 773.58 | |
| 9/17/2020 | 7/1/2020 | | | $ | 570.00 | $ | 1,140.96 | $ | (570.96) | $ | 202.62 | |
| 10/30/2020 | 8/1/2020 | | | $ | 1,145.00 | $ | 1,140.96 | $ | 4.04 | $ | 206.66 | |
| 3/8/2021 | 9/1/2020 | | | $ | 5,800.00 | $ | 1,140.96 | $ | 4,659.04 | $ | 4,865.70 | |
| | 10/1/2020 | | | | | $ | 1,140.96 | $ | (1,140.96) | $ | 3,724.74 | |
| | 11/1/2020 | | | | | $ | 1,140.96 | $ | (1,140.96) | $ | 2,583.78 | |
| | 12/1/2020 | | | | | $ | 1,159.78 | $ | (1,159.78) | $ | 1,424.00 | |
| | 1/1/2021 | | | | | $ | 1,159.78 | $ | (1,159.78) | $ | 264.22 | |
| 4/23/2021 | | | | | | | | $ | - | $ | 264.22 | |
| | 2/1/2021 | | | $ | 1,503.00 | $ | 1,159.78 | $ | 343.22 | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |
| | | | | | | | | $ | - | $ | 607.44 | |

| | | | | | | $ | - | $ | 607.44 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |
| | | | | | | $ | - | $ | 607.44 | |